Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 2741 | **DATE** | 3/31/2004 |
| **CASE TITLE** | Mitsui Sumitomo Ins vs. Watkins Mtr Line Inc | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse side of this minute order, the Court denies the cross motions for summary judgment [8-1], [13-1] without prejudice. Furthermore, the Court strikes as moot plaintiff's motion to strike the affidavit of Bob Fredere [22-1]. Status hearing set for 04/12/04 to stand. Enter Memorandum Opinion.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | MAR 3 1 2004 | 27 |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| maw | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice / mailing deputy initials | |

# ORDER

This matter is before the court on cross motions for summary judgment. Defendant entitled their motion as a partial motion for summary judgment. However, it is not clear from Defendant's motion and argument the extent for which Watkins is seeking summary judgment. On one hand, Defendant appears to be seeking summary judgment on the issue of limited liability and on the other hand they seem to be challenging whether they are liable at all on the Plaintiff's claim. For example, in Defendant's prayer for relief, Defendant "...requests that this Court enter an Order granting its Motion for Partial Summary Judgment, limiting its liability, *if any*, to $10,150.00 and order such other relief as it deems just and proper...". (emphasis added) Therefore, for the purposes of clarification, we deny the cross motions for summary judgment without prejudice. As such, the court strikes as moot Mitsui's motion to strike the affidavit of Bob Fredere. If the parties wish to renew the motions they may do so.